IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRAYTZ MORRISON,** | : | |
| Plaintiff | : | No. 1:20-cv-01571 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA, et al.,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 19th day of July 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Moving Defendants' motion to dismiss (Doc. No. 24) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a. The motion (Doc. No. 24) is **GRANTED** with respect to Plaintiff's FTCA claims against the individual Defendants, his Fifth Amendment due process claims, and his Eighth Amendment claims against Defendants White and Creveling, and such claims are **DISMISSED WITH PREJUDICE**. Plaintiff may not file an amended complaint as to these claims;

   b. The motion (Doc. No. 24) is **DENIED** with respect to Plaintiff's Eighth Amendment claims against Defendants Anderson, Miller, and Hofford;

2. Because the Court has resolved all of Plaintiff's claims against them, the Clerk of Court is directed to terminate White, Snyder, Lyons, and Creveling as Defendants in the above-captioned action;

3. Defendants Anderson, Miller, and Hofford are directed to file an answer to Plaintiff's complaint (Doc. No. 1) within fourteen (14) days of the date of this Order; and

4. The parties are directed to complete discovery within six (6) months of the date on which Defendants filed their answer.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania