IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRAYTZ MORRISON,** | : | |
|     Plaintiff | : | No. 1:20-cv-01571 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA, et al.,** | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 15th day of September 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The United States' motion to dismiss and/or for summary judgment (Doc. No. 37) is **GRANTED**, and Plaintiff's FTCA claims are **DISMISSED WITH PREJUDICE** for Plaintiff's failure to file a certificate of merit pursuant to Rule 1042.3 of the Pennsylvania Rules of Civil Procedure; and

2. The above-captioned action will proceed only as to Plaintiff's Eighth Amendment claims against Defendants Anderson, Hofford, and Miller.

                                                                         s/ Yvette Kane
                                                                         Yvette Kane, District Judge
                                                                         United States District Court
                                                                         Middle District of Pennsylvania