IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRAYTZ MORRISON, | : | |
| Plaintiff | : | No. 1:20-cv-01571 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 31st day of March 2023, upon consideration of Defendants Kyle Anderson ("Anderson") and Justin Miller ("Miller")'s motion for summary judgment (Doc. No. 50), Defendant Larren Hofford's motion for summary judgment (Doc. No. 52), and Defendants Anderson and Miller's motion to file certain documents under seal (Doc. No. 48), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants Anderson and Miller's motion for summary judgment (Doc. No. 50) is **GRANTED**, and the Court will defer entry of judgment in their favor until the conclusion of the case;

2. Defendant Hofford's motion for summary judgment (Doc. No. 52 ) is **DENIED**;

3. Defendants Anderson and Miller's motion to file certain documents under seal (Doc. No. 48) is **DENIED**, and the Clerk of Court shall **UNSEAL** their documents originally filed under seal (Doc. No. 49); and

4. Defendant Hofford and Plaintiff Graytz Morrison shall each file a letter on or before **April 21, 2023**, whether they are amenable to having the above-captioned action referred to the Court's Prisoner Litigation Settlement Program.

                                                                               s/ Yvette Kane
                                                                               Yvette Kane, District Judge
                                                                               United States District Court
                                                                               Middle District of Pennsylvania